**DEMOVSKY LAWYER SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAMEL FLOOD, et al.,

       Plaintiffs,                                  Civil Action No. 14 CV 2740

   -against-                                       AFFIDAVIT OF SERVICE

CARLSON RESTAURANTS INC., et al.,

       Defendants.
-----------------------------------------------------------X
STATE OF TEXAS    )
                  S.S.:
COUNTY OF DALLAS )

        **KIRK FRENCH**, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 23rd day of April, 2014, at approximately 11:20 am, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, AND CIVIL COVER SHEET** upon **CARLSON RESTAURANTS INC.** at 4201 Marsh Lane, Carrollton, TX, by personally delivering and leaving the same with **SUZANNE CARPENTER**, who informed deponent that she is authorized to receive service at that address.

        **SUZANNE CARPENTER** is a white female, approximately 50 years of age, stands approximately 5 feet 6 inches tall, and weighs approximately 140 pounds with blonde hair.

_Kirk French_
KIRK FRENCH

Sworn to before me this
24 day of April, 2014

_Kayleigh Morrow_
NOTARY PUBLIC



KAYLEIGH CHRISTINE MORROW
Notary Public, State of Texas
My Commission Expires
November 02, 2017

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com