```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/2015
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
X------------------------------------------------------------X
JAMEL FLOOD, IRA HEASTON, ISAAC
HEASTON, and JOSEPHINE DIAZ, on behalf
of themselves and all others similarly situated,
                        Plaintiffs,

-against-

CARLSON RESTAURANTS, INC., CARLSON
RESTAURANTS WORLDWIDE, INC., and
T.G.I. FRIDAY'S INC.,

                        Defendants
X------------------------------------------------------------X

14 **CIVIL** 2740 (AT)

**JUDGMENT**

      Whereas on December 5, 2014, Defendants Carlson Restaurants, Inc., Carlson Restaurants Worldwide, Inc., and T.G.I. Friday's, Inc. (collectively "Defendants"), by their attorneys, Jackson Lewis P.C. and Seyfarth Shaw LLP, and pursuant to Rule 68 of the Federal Rules of Civil Procedure, having offered to allow judgment to be taken against Defendants by Plaintiff Gabor Sztancsik ("Plaintiff") for a sum of $2,505.20, plus reasonable attorney fees and costs incurred as of this date to be determined by the Court, in satisfaction of any and all claims and causes of action that have been asserted or could have been asserted in this lawsuit by or on behalf of Plaintiff, including those arising under federal or state statutory or common law; this offer of judgment is made for the purposes specified in Rule 68, and is not construed as an admission of wrongdoing or as an admission that Plaintiff has suffered any damage; on December 19, 2014, Plaintiff having accepted the Defendants Offer of Judgment; thereafter, on March 6, 2015, by letter to the Court, Plaintiffs having requested the Court to instruct the Clerk of the Court to enter judgment against defendants for the aforementioned Plaintiffs, and the matter having come before the Honorable Analisa Torres, United States District Judge, and the Court, on March 9, 2015, having rendered its Memo Endorsed Order directing the Clerk of Court to enter judgment against Defendants for the listed Plaintiffs in the respective "offered and accepted" amounts, it is,

**ORDERED, ADJUDGED, AND DECREED**, That pursuant to Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment dated December 5, 2014 and the Court's Memo Endorsed Order dated March 9, 2015, judgment is entered against Defendants Carlson Restaurants, Inc., Carlson Restaurants Worldwide, Inc., and T.G.I. Friday's, Inc. in the sum of $2,505.20, plus reasonable attorney fees and costs incurred as of December 5, 2014 to be determined by the Court, in satisfaction of any and all claims and causes of action that have been asserted or could have been asserted in this lawsuit by or on behalf of Plaintiff Gabor Sztancsik, including those arising under federal or state statutory or common law.

**Dated:** New York, New York
March 12, 2015

RUBY J. KRAJICK

BY: _____
Clerk of Court

_____
Deputy Clerk

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____