UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMEL FLOOD, IRA HEASTON, ISSAC HEASTON, TASHAUNA REID, PATRICK PINK, AMY COURTEMANCHE, EURY ESPINAL, and JOSE FERNANDEZ, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-against-

CARLSON RESTAURANTS INC., CARLSON RESTAURANTS WORLDWIDE INC., and T.G.I. FRIDAY'S INC.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2015
```

14 Civ. 2740(AT)

**ORDER**

ANALISA TORRES, District Judge:

    Pursuant to Rule IV.A. of this Court's Individual Practices, the parties seek to withdraw their requests for relief at ECF Nos. 241 and 250 and file the written resolution of their dispute under seal. Although there is a common law presumptive right of access to judicial documents, *United States v. Erie Cty., N.Y.*, 763 F.3d 235, 239 (2d Cir. 2014), the Court is entitled to weigh the value of access to those documents against the impact of disclosure on, among other ends, judicial efficiency. *See United States v. Amodeo*, 71 F.3d 1044, 1049-50 (2d Cir. 1995). Given the benefit of a "fair and efficient resolution through settlement" of this case, the importance to such resolution of maintaining the confidentiality of settlement negotiations, and the absence of information in the negotiations intended to "invoke [the Court's] powers or affect its decisions," *see United States v. Glens Falls Newspapers*, 160 F.3d 853, 857-58 (2d Cir. 1998), the parties' request is GRANTED.

    1. By **October 15, 2015**, the parties shall file an un-redacted version of Exhibit A of their stipulation and proposed order dated October 6, 2015, under seal in accordance with Rule IV.A. of this Court's Individual Practices.

    SO ORDERED.

Dated: October 8, 2015
       New York, New York

                                      ANALISA TORRES
                                      United States District Judge