IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMEL FLOOD, IRA HEASTON, ISSAC HEASTON, TASHAUNA REID, PATRICK PINK, AMY COURTEMANCHE, EURY ESPINAL, and JOSE FERNANDEZ, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CARLSON RESTAURANTS INC., CARLSON RESTAURANTS WORLDWIDE, INC., and T.G.I. FRIDAY'S INC.,<br><br>　　　　　Defendants. | Case No.: 14-CV-2740 (AT) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the annexed Memorandum Of Law In Support Of Their Motion For Reconsideration Of The Court's Order Of November 3, 2015 And Requesting Certification Of Question For Interlocutory Appeal, Defendants Carlson Restaurants, Inc., Carlson Restaurants Worldwide, Inc., and T.G.I. Friday's Inc. respectfully move for an order: (i) granting their Motion for Reconsideration of the Court's Order of November 3, 2105; (ii) denying Plaintiffs' pre-motion conference letter request dated October 8, 2015, requesting an extension of the opt-in notice period; (iii) certification to the Second Circuit Court of Appeals under 28 U.S.C. § 1292(b) the question of the Court's authority to disregard the Stipulation and Order; and (iv) for such other and further relief as the Court may deem just and proper.

22373148v.1

2

Dated:  November 5, 2015                                    Respectfully submitted,

                                                            SEYFARTH SHAW LLP


                                                            By:   /s/ Gerald L. Maatman, Jr.
                                                                   Gerald L. Maatman, Jr.


Gerald L. Maatman, Jr.
Jennifer A. Riley
SEYFARTH SHAW LLP
131 S. Dearborn Street, Suite 2400
Chicago, Illinois  60603-5577
(312) 460-5000

Scott R. Rabe
Gina R. Merrill
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018-1595
(212) 218-5500

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

Gerald L. Maatman, Jr., an attorney, certifies that on November 5, 2015, he caused a true and correct copy of **DEFENDANTS' NOTICE OF MOTION** and **DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR RECONSIDERATION OF THE COURT'S ORDER OF NOVEMBER 3, 2015 AND REQUESTING CERTIFICATION OF QUESTION FOR INTERLOCUTORY APPEAL** to be filed through the Court's CM/ECF system, which will cause of a copy of such filing to be served upon all counsel of record, including the following:

> Justin M. Swartz
> Sally J. Abrahamson
> Outten & Golden LLP
> 3 Park Avenue, 29th Floor
> New York, New York 10016
>
> Joseph A. Fitapelli
> Brian S. Schaffer
> Frank J. Mazzaferro
> Fitapelli & Schaffer, LLP
> 475 Park Avenue South, 12th Floor
> New York, New York 10016

                                                    /s/ Gerald L. Maatman, Jr.
                                                      Gerald L. Maatman, Jr.

22373148v.1