| | |
|---|---|
| **OUTTEN & GOLDEN LLP** | **FITAPELLI & SCHAFFER, LLP** |
| Justin M. Swartz | Joseph A. Fitapelli |
| Sally J. Abrahamson | Brian Schaffer |
| Chauniqua D. Young | Frank J. Mazzaferro |
| 3 Park Avenue, 29th Floor | 475 Park Avenue South, 12th Floor |
| New York, New York 10016 | New York, New York 10016 |
| Telephone: (212) 245-1000 | Telephone: (212) 300-0375 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMEL FLOOD, IRA HEASTON, ISSAC HEASTON, TASHAUNA REID, PATRICK PINK, AMY COURTEMANCHE, EURY ESPINAL, and JOSE FERNANDEZ, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　-against-<br><br>CARLSON RESTAURANTS INC., CARLSON RESTAURANTS WORLDWIDE, INC., and TGI FRIDAY'S INC.,<br><br>　　　　　　　Defendants. | 14 Civ. 2740 (AT) |

### NOTICE OF PLAINTIFFS' MOTION FOR LEAVE TO FILE
### A THIRD AMENDED CLASS ACTION COMPLAINT

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Leave to File a Third Amended Class Action Complaint and the Declaration of Justin M. Swartz in Support of Plaintiffs' Motion for Leave to File a Third Amended Class Complaint and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1)　　Approving Plaintiffs' proposed Third Amended Class Action Complaint; and

(2)　　Ordering such further relief as the Court deems just and proper.

Dated: New York, New York
　　　　January 19, 2016

Respectfully submitted,

**OUTTEN & GOLDEN LLP**

By: /s/ Justin M. Swartz
      Justin M. Swartz

**OUTTEN & GOLDEN LLP**
Justin M. Swartz
Sally J. Abrahamson
Chauniqua D. Young
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

**FITAPELLI & SCHAFFER, LLP**
Joseph A. Fitapelli
Brian S. Schaffer
Frank J. Mazzaferro
475 Park Avenue South, 12th Floor
New York, New York 10016
Telephone: (212) 300-0375

*Attorneys for Plaintiffs, the Collective, and the Putative Rule 23 Classes*

2