IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIO ZORRILLA, TASHAUNA REID, MATTHEW MACKEY, JOSE FERNANDEZ, BENJAMIN KRAMER, AMANDA STEWART, AMBER SWAN, KRISTINE ZEFFIELD, SYDNI SMITH, NICHOLE MARINO, AMBER BUTLER, JOHN VERDIN, JANE BATEMAN, and JOSEPH LOMBARD on behalf of themselves and all others similarly situated,<br><br>                **Plaintiffs,**<br><br>  -against-<br><br>CARLSON RESTAURANTS INC., CARLSON RESTAURANTS WORLDWIDE INC., and T.G.I. FRIDAY'S INC.,<br><br>                **Defendants.** | No. 14 Civ. 2740 (AT) |

**NOTICE OF PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, the Declaration of Justin M. Swartz, and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

    (1)    awarding Class Counsel attorneys' fees of one-third of the Gross Settlement Fund ($6,366,666.67);

    (2)    awarding reimbursement of Plaintiffs' litigation costs and expenses; and

    (3)    granting such other, further, or different relief as the Court deems just and proper.

| | |
|---|---|
| Dated: March 21, 2018<br>New York, New York | Respectfully submitted,<br>**OUTTEN & GOLDEN LLP**<br>By:<br><br>*/s/ Justin M. Swartz*<br>Justin M. Swartz<br>Molly A. Brooks<br>Juno Turner<br>Deirdre Aaron<br>Michael J. Scimone<br>Cheryl-Lyn Bentley<br>685 Third Avenue, 25th Floor<br>New York, New York 10017<br>Tel.: (212) 245-1000<br><br>Sally J. Abrahamson<br>601 Massachusetts Avenue NW<br>2nd Floor West Suite<br>Washington, D.C. 20001<br>Tel.: (202) 847-4400<br><br>**FITAPELLI & SCHAFFER, LLP**<br>Joseph A. Fitapelli<br>Brian S. Schaffer<br>Frank J. Mazzaferro<br>28 Liberty Street, 30th Floor<br>New York, New York 10005<br>Tel.: (212) 300-0375<br><br>*Attorneys for Plaintiffs and the Collective* |