UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIO ZORRILLA, TASHAUNA REID, MATTHEW MACKEY, JOSE FERNANDEZ, BENJAMIN KRAMER, AMANDA STEWART, AMBER SWAN, KRISTINE ZEFFIELD, SYDNI SMITH, NICHOLE MARINO, AMBER BUTLER, JOHN VERDIN, JANE BATEMAN, and JOSEPH LOMBARD on behalf of themselves and all others similarly situated,

          Plaintiffs,

-against-

CARLSON RESTAURANTS INC., CARLSON RESTAURANTS WORLDWIDE INC., and T.G.I. FRIDAY'S INC.,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2025

14 Civ. 2740 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Clerk of Court is respectfully directed to strike the docket entries at ECF Nos. 519–20.

    SO ORDERED.

Dated: August 15, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge