UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIO ZORRILLA, TASHAUNA REID, MATTHEW MACKEY, JOSE FERNANDEZ, BENJAMIN KRAMER, AMANDA STEWART, AMBER SWAN, KRISTINE ZEFFIELD, SYDNI SMITH, NICHOLE MARINO, JOHN VERDIN, JANE BATEMAN, and JOSEPH LOMBARD on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

CARLSON RESTAURANTS INC., CARLSON RESTAURANTS WORLDWIDE INC., and T.G.I. FRIDAY'S INC.,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2025

14 Civ. 2740 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of collective member Elijah Blaise Bien-Aime's motion seeking to compel Outten & Golden LLP ("O&G") or Defendants to disburse a settlement check that he was unable to cash because he was incarcerated, ECF Nos. 522–23, 527, and O&G's response, ECF Nos. 524525, 528. O&G states that it is able to resolve Bien-Aime's request for disbursement without the Court's intervention. *See* ECF No. 528. Accordingly, by **September 30, 2025**, O&G shall file a letter updating the Court on the status of payment to Bien-Aime.

      The Clerk of Court is respectfully directed to mail a copy of this order to Bien-Aime at the Arkansas address provided in his motion, *see* ECF Nos. 522–23, 527.  An unredacted copy of Bien-Aime's address will be provided to the Clerk of Court.

      SO ORDERED.

Dated: September 10, 2025
       New York, New York

                                                                         ANALISA TORRES
                                                                  United States District Judge