UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIO ZORRILLA, TASHAUNA REID, MATTHEW MACKEY, JOSE FERNANDEZ, BENJAMIN KRAMER, AMANDA STEWART, AMBER SWAN, KRISTINE ZEFFIELD, SYDNI SMITH, NICHOLE MARINO, JOHN VERDIN, JANE BATEMAN, and JOSEPH LOMBARD on behalf of themselves and all others similarly situated,

    Plaintiffs,

  -against-

CARLSON RESTAURANTS INC., CARLSON RESTAURANTS WORLDWIDE INC., and T.G.I. FRIDAY'S INC.,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/10/2025__

14 Civ. 2740 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The Court is in receipt of Outten & Golden LLP's ("O&G") November 5, 2025 letter informing the Court that the full amount of collective member Mr. Elijah Bien-Aime's settlement payment was remitted to him by way of a mailed check. ECF No. 534. Because Mr. Bien-Aime's motions seek payment of the settlement check that he was unable to deposit within the acceptance period of the settlement, and those payments have now been remitted to him, the Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 522, 523, and 527. The Clerk of Court is also respectfully directed to mail a copy of this order to Mr. Bien-Aime at the Arkansas address provided in his motions.

  SO ORDERED.

Dated: November 10, 2025
   New York, New York

                  _____
                  ANALISA TORRES
                 United States District Judge